**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RENE GARCIA SANCHEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-169-G** |
| | ) | |
| **WARDEN, Diamondback Correctional Facility, et al.,** | ) | |
| | ) | |
| | ) | |
| **Respondents.** | ) | |

# ORDER

On January 30, 2026, a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (Doc. No. 1), identifying Rene Garcia Sanchez as Petitioner, was filed by Adelky Herrera Martin. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On March 20, 2026, Judge Erwin issued a Report and Recommendation ("R. & R.," Doc. No. 7), in which he recommended this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b). *See* Fed. R. Civ. P. 41(b), 81(a)(4); *Hernandez-Bouza v. Warden of Diamondback Corr. Facility*, No. CIV-26-594-R, 2026 WL 1597571, at *1-2 (W.D. Okla. Apr. 29, 2026) (R. & R.), *adopted*, 2026 WL 1596884 (W.D. Okla. June 3, 2026). In the R. & R., Judge Erwin advised Petitioner of his right to object to the R. & R. by April 6, 2026. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

The R. & R. was mailed to Petitioner at his address of record. As of this date, Petitioner has not submitted any objection to the R. & R., sought leave for additional time to do so, or otherwise been in contact with the Court.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 7) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 21st day of August, 2026.

CHARLES B. GOODWIN
United States District Judge